HESS ET AL. *v.* KRIZ ET AL.

No. 318, Misc.   Decided October 21, 1963.

Appellants *pro se.*

*Tom W. Garrett* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

LUOMALA *v.* SHORE, CHIEF EXECUTIVE OF UNITED STATES BOARD OF PAROLE.

No. 426, Misc.   Decided October 21, 1963.

Appellant *pro se.*

*Solicitor General Cox* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.